JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINE YALENKATIAN, individually and on behalf of all others similarly situated,<br><br>           Plaintiff<br><br>    v.<br><br>THE WET SEAL, INC. and DOES 1-10,<br><br>           Defendants. | CASE NO. SACV 07-80 AHS (RNBx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed: Jan. 23, 2007 |

Upon consideration of the parties' Stipulation Re Dismissal With Prejudice submitted to the Court on or about June 27, 2008, IT IS ORDERED that this action shall be dismissed with prejudice and that each party shall bear her or its own attorneys' fees and costs.

Dated: July 1, 2008.             **ALICEMARIE H. STOTLER**
                                          Hon. Alicemarie H. Stotler
                                  Chief   United States District Judge